IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ALBERT KOETSIER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:23-cv-2176 |
| | ) | |
| DOES 1-434, AS IDENTIFIED IN EXHIBIT 2, | ) | |
| | ) | |
| Defendants. | ) | Hon. Elaine E. Bucklo |

## AGREED ASSET RESTRAINT ORDER

On May 10, 2023, this Court entered a Preliminary Injunction [26] as to the Defendants identified in Schedule A attached thereto, including Defendants 12 (XiajiaPer), 14 (Zouyoungus), 16 (CHangKOU), 17 (Aungfonlr), 35 (Asonyitm), 64 (Yianfanger), 108 (Flyerskyhan), 233 (Wamvang), and 249 (Quuaancmi). The Preliminary Injunction [ECF No. 26] included, among other things, provisions to restrain funds in Defendants' linked financial accounts, including funds held by Amazon.

IT IS HEREBY ORDERED that Amazon shall maintain a restraint of $100,000.00 USD in the Amazon account for Defendant XiajiaPer until final disposition of this case.

IT IS HEREBY ORDERED that Amazon shall maintain a restraint of $100,000.00 USD in the Amazon account for Defendant Zouyoungus until final disposition of this case.

IT IS HEREBY ORDERED that Amazon shall maintain a restraint of $25,000.00 USD in the Amazon account for Defendant CHangKOU until final disposition of this case.

IT IS HEREBY ORDERED that Amazon shall maintain a restraint of $100,000.00 USD in the Amazon account for Defendant Aungfonlr until final disposition of this case.

IT IS HEREBY ORDERED that Amazon shall maintain a restraint of $100,000.00 USD

in the Amazon account for Defendant Asonyitm until final disposition of this case.

IT IS HEREBY ORDERED that Amazon shall maintain a restraint of $25,000.00 USD in the Amazon account for Defendant Yianfanger until final disposition of this case.

IT IS HEREBY ORDERED that Amazon shall maintain a restraint of $100,000.00 USD in the Amazon account for Defendant Flyerskyhan until final disposition of this case.

IT IS HEREBY ORDERED that Amazon shall maintain a restraint of $25,000.00 USD in the Amazon account for Defendant Wamvang until final disposition of this case.

IT IS HEREBY ORDERED that Amazon shall maintain a restraint of $25,000.00 USD in the Amazon account for Defendant 249 Quuaancmi until final disposition of this case.

All other funds the Amazon accounts for Defendants 12 (XiajiaPer), 14 (Zouyoungus), 16 (CHangKOU), 17 (Aungfonlr), 35 (Asonyitm), 64 (Yianfanger), 108 (Flyerskyhan), 233 (Wamvang), and 249 (Quuaancmi) shall be released immediately.

Amazon is ordered to fully restore the operation and functionality of the Amazon seller accounts of 12 (XiajiaPer), 14 (Zouyoungus), 16 (CHangKOU), 17 (Aungfonlr), 35 (Asonyitm), 64 (Yianfanger), 108 (Flyerskyhan), 233 (Wamvang), and 249 (Quuaancmi), except as to the listings for ASINs B098X3FYW7, B0B1Q4YWLG, B09KZ21SV1, B09LV62MF4, B096RW2CFG, B0BN78QW7K, B097B8YXC6, B09LR1Z2WJ, and B0BJPZN98K, within two business days of receipt of this Order.

All other provisions of the Preliminary Injunction, except as to paragraphs 4 and 7 are hereby vacated as to Defendants 12 (XiajiaPer), 14 (Zouyoungus), 16 (CHangKOU), 17 (Aungfonlr), 35 (Asonyitm), 64 (Yianfanger), 108 (Flyerskyhan), 233 (Wamvang), and 249 (Quuaancmi), and all other holds placed on these seller accounts as a result of the entry of the Preliminary Injunction Order entered on May 10, 2023 shall be released by Amazon within two

business days of receipt of this Order. The parties have agreed to modify paragraph 4 of the Preliminary Injunction to allow for a period of thirty (30) calendar days for Defendants to respond to any request for expedited discovery. The parties have agreed that paragraph 7 shall stand as entered by the Court on May 10, 2023.

Counsel for Plaintiff shall provide a copy of this Order to the Amazon platforms on the day it is issued, and the platforms shall execute this order within two business days of receipt from Counsel for Plaintiff.

Dated July 19, 2023.

IT IS SO ORDERED.

Elaine E. Bucklo
United States District Judge